UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Roadget Business Pte. Ltd.

                              Plaintiff,

v.                                     Case No.:
                                           1:24−cv−00607

                                           Honorable Lindsay
                                           C. Jenkins

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 1, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: For the reasons stated in the attached Order, Plaintiff's sealed motion for a temporary restraining order [16] is granted in part and continued in part. By March 4, 2024, Plaintiff is to submit a revised proposed TRO order to the Court's proposed order inbox that (1) limits the Defendants to which it applies to those specified in the attached Order; (2) includes a schedule of those Defendants in the body of the Order; and (3) contains any other edits necessary to be consistent with the Order. Also by March 4, 2024, Plaintiff shall file on the docket a statement regarding next steps as to the Defendants to which the TRO will not apply, including (1) whether and when Plaintiff will submit evidence of those Defendants' infringement, as discussed in the attached Order; and (2) Plaintiff's view on whether the TRO the Court has granted should not be issued immediately because a TRO entered by the Court, and the related portions of the Complaint, would need to be unsealed once an asset freeze has gone into effect to ensure the affected Defendants can respond. Further, at any time, Plaintiff may submit: (1) evidence of other Defendants' infringement without needing to formally move for a TRO or rehash points made in Plaintiff's earlier papers; and (2) an additional proposed TRO order that also applies to those Defendants. If such a proposed TRO order referenced in point (2) is submitted concurrently with the proposed TRO order the Court requested above, it should be drafted to apply also to the Defendants to which the attached Order applies. Plaintiff may file statements referred to in this minute entry under seal. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

```
```

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.