IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br><br>                 Plaintiff, <br><br> vs. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br>                 Defendants. | Case No.: 1:24-cv-607 <br><br> Judge Lindsay C. Jenkins |

**JOINT MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**

The Parties[1] jointly request that this Court remove from the docket a set of erroneously filed documents under Dkt. 120, Plaintiff Roadget's Response to Defendants' Motion to Sever, including Dkts. 120 and 120-1 through 120-4. In support of their request, the Parties state as follows:

      1.    Roadget filed this action on January 23, 2024. Dkt. 1.

      2.    Defendants filed their Opposed Rule 20 and 21 Motion to Sever Claims ("Motion to Sever") on May 15, 2024. Dkt. 107.

      3.    This Court issued a briefing schedule on the Motion to Sever on May 16, 2024, with Roadget's response due May 30, 2024 and Defendants' reply due June 13, 2024. Dkt. 112.

      4.    Roadget filed its response on May 30, 2024. Dkt. 120. It is Roadget's position that the filing was made without full client authorization, resulting in an erroneous submission that

---

[1] This Motion is jointly submitted by Plaintiff Roadget Business Pte. Ltd. ("Roadget") and Defendants 2, 4–7, 9, 10, 12, 14–19, and 22–31 on Schedule A to the Complaint ("Defendants").

did not reflect the filing Roadget intended to make. The filing also inadvertently included confidential information that should not have been publicly filed, including confidential settlement communications. Should it remain on the docket, the unintended filing will cause Roadget significant and irreparable harm, as others may come to believe or rely on the idea that the erroneous filing accurately reflects Roadget's intended positions, when it does not; the filing, too, reveals confidential information to the public. Such harm to Roadget cannot be avoided if the filing remains on the docket.

5. Counsel for Roadget promptly contacted the Court upon realizing the error, and Dkt. 120 has been temporarily sealed until such time as removal from the docket can be effected, for which Roadget's counsel is grateful to the Court.

6. Because of the delays associated with the correction of the filing, the parties respectfully request that Roadget's refiled version of its Response to the Motion to Sever (filed contemporaneously herewith) be treated as timely filed, and that Defendants be permitted to file their reply by June 20, 2024.

7. Accordingly, the Parties jointly and respectfully request the following relief:

- That Roadget's erroneously filed Response to Defendants' Motion to Sever and its associated attachments (Dkt. 120) be removed from the docket, or, in the alternative, permanently sealed;

- That Roadget's corrected Response, filed contemporaneously herewith, be treated as timely filed; and

- That the due date for Defendants' reply in support of the Motion to Sever be reset to June 20, 2024.

| | |
|---|---|
| Dated: June 3, 2024 | Respectfully submitted, |
| */s/ Steven J. Horowitz* | */s/ William W. Flachsbart* |
| Steven J. Horowitz | William W. Flachsbart |
| Matthew D. Binder | DUNLAP BENNETT & LUDWIG |
| Deepa A. Chari | 333 N. Michigan Ave. Suite 2700 |
| Taylor J. Wilson | Chicago, Illinois 60601 |
| SIDLEY AUSTIN LLP | Phone: 312-551-9500 |
| One South Dearborn Street | wflachsbart@dbllawyers.com |
| Chicago, IL 60603 | *Counsel for Defendants* |
| (312) 853-7000 | |
| shorowitz@sidley.com | Christopher J. Fahy |
| mbinder@sidley.com | ARCH & LAKE LLP |
| dchari@sidley.com | 203 N. LaSalle St., Ste. 2100 |
| taylorwilson@sidley.com | Chicago, IL 60601 |
| *Counsel for Plaintiff* | Phone: 312-558-1369 |
| *Roadget Business Pte. Ltd* | Fax: 312-614-1873 |
| | Christopher@archlakelaw.com |
| | *Counsel for Defendants* |
| | |
| | Haoyi Chen |
| | ARCH & LAKE LLP |
| | 2500 Wilcrest Dr. |
| | Houston, Tx 77042 |
| | Phone: 346-335-9870 |
| | Fax: 312-614-1873 |
| | haoyichen@archlakelaw.com |
| | *Counsel for Defendants* |
| | *Pro hac vice* forthcoming |