IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>      Plaintiff,<br><br> vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>      Defendants. | Case No.: 1:24-cv-00607<br><br>Judge Lindsay C. Jenkins |

### Declaration of Taylor J. Wilson

1. I am an attorney licensed to practice in Illinois and before this Court. I am counsel for Plaintiff Roadget Business Pte. Ltd. in this matter.

2. I submit this Declaration in support of Plaintiff Roadget's Response to Defendants'[1] Motion to Sever. I have personal knowledge of the facts stated herein. If called as a witness, I could and would testify to these statements.

3. Attached as Exhibit 1 to this Declaration is a true and correct copy of an email exchange received by a member of my team between Haoyi Chen, counsel of record for Defendants, and Amanda Woodall, counsel for Temu, beginning March 27, 2024, in which the Defendants ask Temu to provide updated data on the restrained amounts. The email exchange shows that Temu's counsel provided updated data to the Defendants on March 29, 2024.

---

[1] Defendants 2, 4–7, 9, 10, 12, 14–19, and 22–31 on Schedule A to the Complaint

4. Attached as Exhibit 2 to this Declaration is ██████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████.

5. Attached as Exhibit 3 to this Declaration is a true and correct copy of a Memorandum Opinion and Order issued on May 30, 2024 by Judge Elaine E. Bucklo in *Roadget Business Pte. Ltd. v. Individuals, Corps., Ltd. Liability Cos., Partnerships, & Unincorporated Ass'ns Identified on Schedule A Hereto,* No. 1:24-cv-00115, ECF No. 84 (N.D. Ill. May 30, 2024).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 3, 2024

By: *Taylor Wilson*
Taylor J. Wilson