# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: 1:24-cv-00607 <br><br> **Judge Lindsay C. Jenkins** |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANTS NOS. 1, 3, 8, 11, & 13

Plaintiff Roadget Business Pte. Ltd., ("Plaintiff" or "Roadget"), by its counsel, moves this Court to enter Default and Default Judgment pursuant to Federal Rules of Civil Procedure 55(a) and 55(b)(2), against Defendants Nos. 1, 3, 8, 11, and 13 ("Defaulting Defendants") as listed on Schedule A, ECF No. 8, and Exhibit A attached hereto. A Memorandum of Law in support of this motion is filed concurrently with the motion.

July 12, 2024						Respectfully submitted,

							By: _/s/ Steven J. Horowitz_
							  Steven J. Horowitz
							  Matthew D. Binder
							  Deepa A. Chari
							  Taylor J. Wilson
							  Michael C. Springer-Ingram
							  **SIDLEY AUSTIN LLP**
							  One South Dearborn Street
							  Chicago, IL 60603
							  (312) 853-7000
							  shorowitz@sidley.com
							  mbinder@sidley.com
							  dchari@sidley.com
							  taylor.wilson@sidley.com
							  mspringeringram@sidley.com

							  *Counsel for Plaintiff*
							  *Roadget Business Pte. Ltd.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses provided by third parties for each of the Defaulting Defendants, including a link to the website.

July 12, 2024

Respectfully submitted,

By: */s/ Steven J. Horowitz*
Steven J. Horowitz
Matthew D. Binder
Deepa A. Chari
Taylor J. Wilson
Michael C. Springer-Ingram
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
mbinder@sidley.com
dchari@sidley.com
taylor.wilson@sidley.com
mspringeringram@sidley.com

*Counsel for Plaintiff*
*Roadget Business Pte. Ltd.*