# **EXHIBIT A**

| No. | Defendant Seller | Defendant Online Marketplace | Design Infringed | Product Link(s) |
|---|---|---|---|---|
| 1. | Trendy Global Store | https://www.aliexpress.com/store/1102723216 | VA 2-376-329 | https://www.aliexpress.us/item/3256805929681993.html |
| 3. | Bag's Generation Store | https://www.aliexpress.com/store/1101324818 | VA 2-376-329 | https://www.aliexpress.us/item/3256804730189702.html |
| 8. | Elegant And Stylish Skirts Store | https://www.aliexpress.com/store/1102924247 | VA 2-376-322 | https://www.aliexpress.us/item/3256805985827071.html |
| 11. | KELE FASHION | https://www.temu.com/ounifashion-m-634418211054088.html | VA 2-376-320 | https://www.temu.com/floral-pattern-mesh-t-shirt-casual-mock-neck-long-sleeve-top-womens-clothing-g-601099531262664.html |
| 13. | Luxury Boutique Store | https://www.aliexpress.com/store/1102057714 | VA 2-376-322 | https://www.aliexpress.us/item/3256805949702013.html |

2