# EXHIBIT 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-329

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
December 22, 2023

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** September 09, 2021 to September 09, 2021

## Title
_____

**Title of Group:** sw2108209775360113 Photographs
**Number of Photographs in Group:** 28

- **Individual Photographs:** W1021192108261300_1.jpg,
W1021192108261300_2.jpg,
W1021192108261300_3 (1).jpg,
W1021192108261300_3 (2).jpg,
W1021192108261300_3 (3).jpg,
W1021192108261300_3 (4).jpg,
W1021192108261300_3 (5).jpg,
W1021192108261300_3 (6).jpg,
W1021192108261300_3 (7).jpg,
W1021192108261300_3 (8).jpg,
W1021192108261300_3 (9).jpg,
W1021192108261300_3 (10).jpg,
W1021192108261300_3 (11).jpg,
W1021192108261300_3 (12).jpg,
W1021192108261300_3 (13).jpg,
W1021192108261300_3 (14).jpg,
W1021192108261300_3 (15).jpg,
W1021192108261300_3 (16).jpg,
W1021192108261300_3 (17).jpg,
W1021192108261300_3.jpg,
W1021192108261300_4.jpg,
W1021192108261300_5.jpg,
W1021192108261300_6.jpg,
W1021192108261300_7.jpg,
W1021192108261300_8.jpg,
W1021192108261300_9.jpg,
W1021192108261300_10.jpg,
W1021192108261300_11.jpg

**Published:** September 2021

## Completion/Publication
_____

**Year of Completion:** 2021

|  |  |
|---|---|
| **Earliest Publication Date in Group:** | September 09, 2021 |
| **Latest Publication Date in Group:** | September 09, 2021 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | ROADGET BUSINESS PTE. LTD.<br>12 Marina Boulevard, #15-01, Marina Bay Financial Centre, Singapore, 018982, Singapore |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | ROADGET BUSINESS PTE. LTD. |
| **Address:** | 12 Marina Boulevard, #15-01<br>Marina Bay Financial Centre<br>Singapore 018982 Singapore |

## Certification

|  |  |
|---|---|
| **Name:** | Julia M. Chester |
| **Date:** | December 22, 2023 |

---

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-376-322

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
December 22, 2023

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** December 12, 2022 to December 12, 2022

## Title

**Title of Group:** sw2210256360613979 Photographs
**Number of Photographs in Group:** 59

- **Individual Photographs:** M06202210259687_1.jpg,
M06202210259687_2.jpg,
M06202210259687_3.jpg,
M06202210259687_4 (1).jpg,
M06202210259687_4 (2).jpg,
M06202210259687_4 (3).jpg,
M06202210259687_4 (4).jpg,
M06202210259687_4 (5).jpg,
M06202210259687_4 (6).jpg,
M06202210259687_4 (7).jpg,
M06202210259687_4 (8).jpg,
M06202210259687_4 (9).jpg,
M06202210259687_4 (10).jpg,
M06202210259687_4 (11).jpg,
M06202210259687_4 (12).jpg,
M06202210259687_4 (13).jpg,
M06202210259687_4 (14).jpg,
M06202210259687_4 (15).jpg,
M06202210259687_4 (16).jpg,
M06202210259687_4 (17).jpg,
M06202210259687_4 (18).jpg,
M06202210259687_4 (19).jpg,
M06202210259687_4 (20).jpg,
M06202210259687_4 (21).jpg,
M06202210259687_4 (22).jpg,
M06202210259687_4 (23).jpg,
M06202210259687_4 (24).jpg,
M06202210259687_4 (25).jpg,
M06202210259687_4 (26).jpg,
M06202210259687_4 (27).jpg,
M06202210259687_4 (28).jpg,
M06202210259687_4 (29).jpg,
M06202210259687_4 (30).jpg,

M06202210259687_4 (31).jpg,
M06202210259687_4 (32).jpg,
M06202210259687_4 (33).jpg,
M06202210259687_4 (34).jpg,
M06202210259687_4 (35).jpg,
M06202210259687_4 (36).jpg,
M06202210259687_4 (37).jpg,
M06202210259687_4 (38).jpg,
M06202210259687_4 (39).jpg,
M06202210259687_4 (40).jpg,
M06202210259687_4 (41).jpg,
M06202210259687_4 (42).jpg,
M06202210259687_4 (43).jpg,
M06202210259687_4 (44).jpg,
M06202210259687_4 (45).jpg,
M06202210259687_4 (46).jpg,
M06202210259687_4 (47).jpg,
M06202210259687_4.jpg,
M06202210259687_5.jpg,
M06202210259687_6.jpg,
M06202210259687_7.jpg,
M06202210259687_8.jpg,
M06202210259687_9.jpg,
M06202210259687_10.jpg,
M06202210259687_11.jpg,
M06202210259687_12.jpg

**Published:** December 2022

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Earliest Publication Date in Group:** | December 12, 2022 |
| **Latest Publication Date in Group:** | December 12, 2022 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD.
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** ROADGET BUSINESS PTE. LTD.
12 Marina Boulevard, #15-01, Marina Bay Financial Centre, Singapore, 018982, Singapore

**Transfer statement:** By written agreement

## Rights and Permissions

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-320

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
December 22, 2023

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 06, 2023 to January 06, 2023

## Title

**Title of Group:**   sw2211268310381827 Photographs
**Number of Photographs in Group:**   27

- **Individual Photographs:**   W11737322121120677_1.jpg,
W11737322121120677_2.jpg,
W11737322121120677_3.jpg,
W11737322121120677_4 (1).jpg,
W11737322121120677_4 (2).jpg,
W11737322121120677_4 (3).jpg,
W11737322121120677_4 (4).jpg,
W11737322121120677_4 (5).jpg,
W11737322121120677_4 (6).jpg,
W11737322121120677_4 (7).jpg,
W11737322121120677_4 (8).jpg,
W11737322121120677_4 (9).jpg,
W11737322121120677_4 (10).jpg,
W11737322121120677_4 (11).jpg,
W11737322121120677_4 (12).jpg,
W11737322121120677_4 (13).jpg,
W11737322121120677_4 (14).jpg,
W11737322121120677_4 (15).jpg,
W11737322121120677_4.jpg,
W11737322121120677_5.jpg,
W11737322121120677_6.jpg,
W11737322121120677_7.jpg,
W11737322121120677_8.jpg,
W11737322121120677_9.jpg,
W11737322121120677_10.jpg,
W11737322121120677_11.jpg,
W11737322121120677_12.jpg

**Published:**   January 2023

## Completion/Publication

**Year of Completion:**   2022
**Earliest Publication Date in Group:**   January 06, 2023

**Latest Publication Date in Group:** January 06, 2023
**Nation of First Publication:** United States

## Author

- **Author:** GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO., LTD.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** ROADGET BUSINESS PTE. LTD.
12 Marina Boulevard, #15-01, Marina Bay Financial Centre, Singapore, 018982, Singapore
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** ROADGET BUSINESS PTE. LTD.
**Address:** 12 Marina Boulevard, #15-01
Marina Bay Financial Centre
Singapore 018982 Singapore

## Certification

**Name:** Julia M. Chester
**Date:** December 22, 2023

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



|  |  |
|---|---|
| **Organization Name:** | ROADGET BUSINESS PTE. LTD. |
| **Address:** | 12 Marina Boulevard, #15-01 |
|  | Marina Bay Financial Centre |
|  | Singapore 018982 Singapore |

## Certification

|  |  |
|---|---|
| **Name:** | Julia M. Chester |
| **Date:** | December 22, 2023 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |