# **EXHIBIT 2**

















Case: 1:24-cv-00607 Document #: 133-3 Filed: 07/12/24 Page 6 of 7 PageID #:1418

