IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-00607<br><br>Judge: Hon. Lindsay C. Jenkins |

**DEFENDANTS'[1] OPPOSED RENEWED
MOTION TO SEVER UNDER RULES 20 AND 21**

Defendants respectfully request that all Defendants be severed into separate actions, with the exception of Defendant Nos. 18 and 24, who may properly be joined in a discrete action, and

---

[1] This motion is made by the following Defendants listed on Schedule A of the First Amended Complaint: No. 5 (Quanzhang Yang dba Cantonese C); No. 6 (Tianmen Zhanggang Duoxi Clothing dba Duoxi Clothing); No. 9 (Shahe Xiameng Clothing Store dba focus queen); No. 10 (Guangzhou Xinfengyi Clothing Co., Ltd. dba Hongqin); No. 14 (Tianmen Macchiato Clothing Factory dba Macchiatto Red); No. 15 (Lijie He dba Miaoshang Clothing); No. 16 (Guangzhou Aisiyuan Clothing Co., Ltd. dba Modern style); Nos. 18 and 24 (Dongguan Yizhifang Clothing Co., Ltd. dbas Monca and Saso); No. 19 (Tianmen Shang Rouge Clothing Store dba Musangyi clothing); No. 22 (Guangzhou Jinglun Clothing Co., Ltd. dba OYIJIA); No. 26 (Haikou Longhua Huanyou Strictly Selected Department Store dba SKE); No. 27 (Ayer Clothing Store, Meilan District, Haikou dba Sunseeker leaf clothing); No. 29 (Guangzhou Tinglin Clothing Store dba TL Ladies); No. 30 (Tianmen Tongxin E-Commerce Business Department dba TongxinShow); No. 31 (Guangzhou Shengmin Clothing Co., Ltd. dba TT and MM).

that Roadget pay filing fees and post a minimum of $5,000 bond for each severed case and Defendant. In support of its motion, Defendants submit the accompanying brief.

Plaintiff opposes this motion, and the Court has already entered a briefing schedule.

Dated:  August 14, 2024                          Respectfully Submitted,

*/s/ William W. Flachsbart*
William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
christopher@archlakelaw.com

Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com
*Pro Hac Vice Forthcoming*

*Counsel for Defendants*