IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., | |
| Plaintiff, | Case No.: 1:24-cv-00607 |
| vs. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | **Judge Lindsay C. Jenkins** |
| Defendants. | |

## PARTIES' JOINT MOTION FOR ENTRY OF A STIPULATED FINAL JUDGMENT AND INJUNCTION ORDER

Plaintiff Roadget Business Pte. Ltd. ("Roadget") and Defendant Shahe Xiameng Clothing Store d/b/a focus queen (Defendant No. 9), by and through its respective counsel, move this court for entry of a stipulated final judgment and injunction order. The Parties have met and conferred, and have agreed to the terms of the proposed stipulated final judgment and injunction order attached hereto as Exhibit A as a resolution to this case. The Proposed Stipulated Final Judgment and Injunction Order has also been submitted to Proposed_Order_Jenkins@ilnd.uscourts.gov in accordance with Judge Jenkins's procedure.

| | |
|---|---|
| Dated: February 6, 2025 | Respectfully submitted, |
| /s/<br>Steven J. Horowitz<br>Deepa A. Chari<br>Taylor J. Wilson<br>Michael C. Springer-Ingram<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000<br>shorowitz@sidley.com<br>dchari@sidley.com<br>taylorwilson@sidley.com<br>mspringeringram@sidley.com<br>*Counsel for Plaintiff Roadget Business Pte. Ltd* | /s/<br>William W. Flachsbart<br>DUNLAP BENNETT & LUDWIG<br>333 N. Michigan Ave. Suite 2700<br>Chicago, Illinois 60601<br>Phone: 312-551-9500<br>wflachsbart@dbllawyers.com<br>*Counsel for Defendants*<br><br>Christopher J. Fahy<br>ARCH & LAKE LLP<br>203 N. LaSalle St., Ste. 2100<br>Chicago, IL 60601<br>Phone: 312-558-1369<br>Fax: 312-614-1873<br>Christopher@archlakelaw.com<br>*Counsel for Defendants*<br><br>Haoyi Chen<br>ARCH & LAKE LLP<br>2500 Wilcrest Dr.<br>Houston, Tx 77042<br>Phone: 346-335-9870<br>Fax: 312-614-1873<br>haoyichen@archlakelaw.com<br>*Counsel for Defendants*<br>*Pro hac vice* forthcoming |